458

■    JOSEPH F. SHANK et al., Respondents, v. RIKER RESTAURANT ASSO-CIATES, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ. [28 Misc 2d 835.]

■    BENJAMIN SILLS et al., Respondents, v. CHARGE-IT SYSTEMS, INC., et al., Appellants.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■    In the Matter of ISIDORE BIENSTOCK et al., Appellants, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order, entered on September 18, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN SOSTRE, Appellant.— Order, entered on February 8, 1956, as amended by order entered on February 21, 1956, unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, McNally, Eager and Steuer, JJ.

■    LOUIS STONE, Appellant, v. WILLIAM ANDACHT, INC., Respondent.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Eager, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. DOMINICK LA MONICA and CONTINENTAL CASUALTY Co.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■    In the Matter of the Accounting of the BANK OF NEW YORK, as Trustee of the Trust Created for the Huntington Free Library and Reading Room, by Archer Huntington. ANNA H. HUNTINGTON et al., as Executors of ARCHER M. HUNTINGTON, Deceased; LOUIS J. LEFKOWITZ, as Attorney-General, et al.— Motion for reargument and modification denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■    In the Matter of the Accounting of the BANK OF NEW YORK, as Trustee of the Trust Created for the Benefit of the Hispanic Society of America, by Archer M. Huntington. ANNA H. HUNTINGTON et al., as Executors of ARCHER M. HUNTINGTON, Deceased, et al.; LOUIS J. LEFKOWITZ, as Attorney-General, et al.— Motion for reargument and modification denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■    PINA GISLASON V. WILLARD REALTY CORP.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.

■    FIFTH MADISON CORPORATION v. FRANCES M. PURDY et al.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM E. ROSS.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■    (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM E. ROSS. (B) R. H. MACY & Co. INC. v. LUCILLE WEINSTEIN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■    GEORGE M. PORGES v. GRACE LOORAM.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 9, 1962 with